IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JOSEPH SHANE FIELDS**                                                                 **PLAINTIFF**

V.                                                    **4:12CV00019 JMM**

**CHARLES VAUGHN, et al**                                                         **DEFENDANTS**

## ORDER

This is a § 1983 action filed by the Plaintiff against the Defendants based upon Plaintiff's alleged treatment while held at the Jackson County Detention Center. On March 9, 2012, the Defendants filed a Suggestion of Death which states that the Plaintiff died on February 20, 2012.

Rule 25 of the Federal Rules of Civil Procedure provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

Therefore, if the Plaintiff's successor or representative wishes to be substituted as the Plaintiff in this case, the successor or representative must file a motion with the Court on or before June 13, 2012.

IT IS SO ORDERED this 15th day of March, 2012.

_____
James M. Moody
United States District Judge