# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOSEPH SHANE FIELDS**                                                                       **PLAINTIFF**

**VS.**                                     **4:12CV00019 JMM**

**COLTON THORNTON, ET AL.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE.

DATED this 6th day of May, 2013.

_____
James M. Moody
United States District Judge